

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Lacey Lynne Steddum, Appellant<br><br>No. 06-21-00089-CR          v.<br><br>The State of Texas, Appellee | Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 51046-A).  Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating. |

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, Lacey Lynne Steddum, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 20, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk